# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN PHILLIPS,<br><br>Defendant. | 2:17-cr-00124-JAD-GWF<br><br><u>ORDER</u><br><br>ECF No. 329 |

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

IT IS THEREFORE ORDERED that sentencing in the above-captioned matter currently scheduled for June 24, 2019 at 9:30 a.m., be vacated and continued to September 30, 2019 at the hour of 9:30 a.m.

DATED 6/19/2019

_____
THE HONORABLE JENNIFER A. DORSEY
U.S. DISTRICT COURT JUDGE