# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>JOHN PHILLIPS,<br><br>          Defendant. | Case No.: 2:17-cr-00124-JAD-EJY<br><br>**Order Setting Hearing**<br><br>(Docket No. 507) |

Pending before the Court is Defendant's motion to modify conditions to permit travel. Docket No. 507. The United States must file its response no later than **September 9, 2020, at 11:00 a.m.**

The Court sets a hearing on the motion for September 9, 2020, at 1:30 p.m., in Courtroom 3C. Defendant and all counsel must be present in person at the hearing. Defendant's Pretrial Services Officer may attend virtually.

IT IS SO ORDERED.

DATED: September 8, 2020.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE