# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>v.<br>JOHN PHILLIPS,<br>　　　　Defendant. | Case No.: 2:17-cr-000124-JAD-EJY<br>**ORDER**<br>(Docket No. 507) |

Pending before the Court is Defendant's motion to modify conditions of release to permit travel. Docket No. 507.

Defendant's motion was originally filed at 10:01 p.m. on the Sunday of Labor Day weekend for travel on Tuesday. Docket No. 505. The Court denied that motion, as it failed to specify where Defendant was traveling and when, where he intends to stay and with whom, as well the timeliness of the motion, and the fact that its filing did not allow the United States an opportunity to respond. Docket No. 506.

Defendant then filed the instant motion at 2:37 p.m. on September 8, 2020, with more information regarding the deficiencies in the prior motion. *See* Docket No. 507. Defendant asks the Court to allow him to travel to Dallas, Texas on September 8, 2020 through September 9, 2020, for the purpose of driving his niece from Dallas to Las Vegas. *Id*. at 1-2. Defendant further submits that neither the United States nor Pretrial Services objects to his request. *Id*. at 2. The United States responds that it does not oppose Defendant's request. Docket No. 509.

Accordingly, Defendant's request to travel, Docket No. 507, is hereby **GRANTED**. Defendant may travel to Dallas, Texas for a two-day period, for the purpose of driving his niece to Las Vegas. No later than 2:00 p.m. on September 9, 2020, Defendant must provide his entire itinerary, including travel dates and times, where he will stay, where he will go, and with whom he will travel, stay, and meet while he is outside the District of Nevada, to his Pretrial Services Officer. If Defendant fails to provide this information to his Pretrial Services Officer by 2:00 p.m.

on September 9, 2020, the Court will reconsider this order and deny Defendant's request for travel. The hearing set for September 9, 2020, at 1:30 p.m. is hereby **VACATED**.

IT IS SO ORDERED.

DATED: September 9, 2020.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE