# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>JOHN PHILLIPS,<br><br>                Defendant. | Case No.: 2:17-cr-00124-JAD-EJY<br><br>**ORDER**<br><br>(Docket No. 567) |

Pending before the Court is Defendant John Phillips' unopposed motion to modify pretrial conditions to allow him to travel to Georgia to visit his father-in-law, who is in hospice care. Docket No. 567. Defendant asks the Court to modify the conditions of his pretrial release to allow him to travel to Hampton, Georgia to attend to his father-in-law May 10, 2022, to May 24, 2022. *Id.* at 1.

Pursuant to Title 18, United States Code, Section 3142(c)(3), the Court may amend its release order at any time. The Court notes that neither the United States nor Defendant's Pretrial Services Officer objects to his travel request.

Accordingly, the Court **GRANTS** Defendant's motion to modify pretrial conditions to permit travel. Docket No. 567. The Court modifies Defendant's travel condition to allow him to travel from Las Vegas to Hampton, Georgia, from May 10, 2022, through May 24, 2022. During that time, Defendant must comply with all conditions of release.

. . . .

. . . .

. . . .

. . . .

1

**No later than 12:00 p.m. on May 9, 2022**, Defendant must provide his entire itinerary, including travel dates and times, where he will stay, where he will go, and with whom he will travel, stay, and meet while he is outside the District of Nevada, to his Pretrial Services Officer. If Defendant fails to comply in full with this requirement, the Court will *sua sponte* reconsider this order and deny Defendant's request for modification.

IT IS SO ORDERED.

DATED: May 6, 2022.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE