# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN PHILLIPS,<br><br>    Defendant. | Case No. 2:17-cr-000124-JAD-EJY<br><br>**ORDER**<br><br>ECF No. 607 |

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy sentencing, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

IT IS THEREFORE ORDERED that sentencing in the above-captioned matter currently scheduled for November 7, 2022 at 10:00 a.m., be vacated and continued to January 18, 2023, at 11:00 a.m.

DATED: November 4, 2022.

_____
HON. JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE